01

02

03

04

05

06                           UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
07                                   AT SEATTLE

08    LEON S. BLATT,                        )    CASE NO. C07-1621-RSL
                                            )
09            Plaintiff,                     )
                                            )
10        v.                                )    REPORT AND RECOMMENDATION
                                            )
11    RICE, TERTIA, et al.,                 )
                                            )
12            Defendants.                    )
      _____ )

13

14                     INTRODUCTION AND SUMMARY CONCLUSION

15        On October 9, 2007, plaintiff, proceeding *pro se*, filed an application to proceed *in forma*

16    *pauperis* (IFP) and a proposed 42 U.S.C. § 1983 civil rights complaint. (Dkt. 1.)  However, he

17    failed to provide his mailing address.

18        Using an email address listed on plaintiff's proposed complaint, the Court twice requested

19    that plaintiff provide his mailing address. ( *See* Dkt. 2.)  Plaintiff failed to respond to either

20    request.  The Court thereafter issued an Order to Show Cause why this action should not be

21    dismissed given plaintiff's failure to provide the Court with a mailing address.  *See* Local Civil

22    Rule 41(b)(2) ("A party proceeding pro se shall keep the court and opposing parties advised as

REPORT AND RECOMMENDATION
PAGE -1

01  to his current address.") The Court indicated that plaintiff's failure to timely respond to the Order

02  – by November 14, 2007 – would result in a recommendation that this action be dismissed.  The

03  Court directed the Clerk to send a copy of the Order to Show Cause to plaintiff at the email

04  address provided on his proposed complaint, but advised plaintiff that the email address does not

05  suffice to serve as his address of record.  To date, the Court has not received any response to the

06  Order to Show Cause.

07         Given plaintiff's failure to provide a mailing address or otherwise pursue this matter, the

08  Court recommends that his application to proceed IFP be denied and that this matter be dismissed

09  without prejudice.  Again, because the Court has no other means of contacting plaintiff, this

10  Report and Recommendation and any subsequent Order of the Court should be directed to the

11  email address contained on plaintiff's proposed complaint.

12         A proposed Order is attached to this Report and Recommendation.

13         DATED this 20th day of November, 2007.

15  _____
    Mary Alice Theiler
    United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2