UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEON S. BLATT,              ) | CASE NO: C07-1621RSL |
|                             ) | |
|        Plaintiff,           ) | |
|                             ) | |
|    v.                       ) | ORDER DENYING PLAINTIFF'S |
|                             ) | APPLICATION TO PROCEED IN |
| RICE, TERTIA, *et al.*,     ) | FORMA PAUPERIS AND |
|                             ) | DISMISSING CASE WITHOUT |
|        Defendants.          ) | PREJUDICE |
|                             ) | |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed *in forma pauperis* is DENIED, and this action is DISMISSED, without prejudice; and,

(3) The Clerk is directed to send copies of this Order to plaintiff via the email address contained on plaintiff's proposed complaint and to Judge Theiler.

Dated this 10th day of December, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S APPLICATION TO
PROCEED IN FORMA PAUPERIS AND DISMISSING
CASE WITHOUT PREJUDICE